# Court of Appeals
# of the State of Georgia

ATLANTA,  June 16, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1807.  IN THE INTEREST OF S. B., et al., CHILDREN (MOTHER).**

This case was docketed by this Court on April 20, 2026. This Court subsequently granted Appellant an extension until June 5, 2026, to file a brief and enumeration of errors. As of the date of this order, Appellant still has not filed a brief and enumeration of errors. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13, 16 (b), and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/16/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*